THOMAS MICHAEL GRUBB, JR. v. ROBERT B. FISCHER.

January 29, 1985.

Petition for certification denied.

STEPHEN DUFFY v. CHRISTIAN BROTHERS ACADEMY.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HENRY.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. NICHOLAS FIUME.

January 29, 1985.

Petition for certification denied.